AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Noah Wick, and on behalf of all others similarly situated

was received by me on *(date)*  04/07/2015  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  RICHARD S. PAIK , who is designated by law to accept service of process on behalf of *(name of organization)*  LOCAL LIGHTHOUSE CORP.
on *(date)*  04/18/2015  ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: THE ADDRESS OF RECORD FOR RICHARD S. PAIK IS 60 ACORN GLEN, IRVINE, CA. 92620 THE SERVICE TIME WAS 11:40 AM

My fees are $ 50.00 for travel and $ 10.00 for services, for a total of $ 60.00  .

I declare under penalty of perjury that this information is true.

Date:  4-23-15

*Server's signature*

LA MONT M. BURRELL, PROCESS SERVER #2273
*Printed name and title*

34249 CAMINO CAPISTRANO (SUITE #206-B)
CAPISTRANO BEACH, CA.92624

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LOCAL LIGHTHOUSE CORP. a California Corporation
was received by me on *(date)* 04/07/2015 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* RICHARD S. PAIK , who is
designated by law to accept service of process on behalf of *(name of organization)* LOCAL LIGHTHOUSE CORP.
on *(date)* 04/18/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: THE ADDRESS OF RECORD FOR RICHARD S. PAIK IS 60 ACORN GLEN, IRVINE, CA. 92620 THE SERVICE TIME WAS 11:40 AM

My fees are $ 50.00 for travel and $ 10.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-15

*Server's signature*

LA MONT M. BURRELL, PROCESS SERVER #2273
*Printed name and title*

34249 CAMINO CAPISTRANO (SUITE #206-B)
CAPISTRANO BEACH, CA.92624
*Server's address*

Additional information regarding attempted service, etc: