| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NOAH WICK, individually and on behalf of all others similarly situated, | | NO. C15-00482-JLR |
| | Plaintiff, | |
| v. | | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LOCAL LIGHTHOUSE CORP. |
| LOCAL LIGHTHOUSE CORP., a California corporation, | | |
| | Defendant. | |

TO:     Plaintiff;

AND TO:  Chase C. Alvord, Jessica T. Stevenson, Jason T. Dennett, Kim D. Stephens of TOUSLEY BRAIN STEPHENS PLLC, Attorneys for Plaintiff

PLEASE TAKE NOTICE that Christopher N. Weiss and J. Will Eidson hereby enter their appearance in this action on behalf of defendant Local Lighthouse Corp.  All further service, papers and proceedings in this case, except process, should be served upon defendant's attorneys of record as follows: Christopher N. Weiss and J. Will Eidson of Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, Washington 98101; telephone:  (206) 624-0900; facsimile: (206) 386-7500; by leaving a copy with said attorneys at the address above.

NOTICE OF APPEARANCE - 1
 (No. C15-00482-JLR)

1

      DATED:  May 4, 2015.

2                               STOEL RIVES LLP

3                               */s/Christopher N. Weiss*

4                               Christopher N. Weiss, WSBA #14826
                              */s/J. Will Eidson*

5                               J. Will Eidson, WSBA #45040
                              600 University Street, Suite 3600

6                               Seattle, WA  98101
                              (206) 624-0900

7                               Facsimile (206) 386-7500
                              chris.weiss@stoel.com

8                               will.eidson@stoel.com

9                               *Attorneys for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
 (No. C15-00482-JLR)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2015, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **Chase Christian Alvord**
  calvord@tousley.com,jmrozek@tousley.com,efile@tousley.com
- **Jason T Dennett**
  jdennett@tousley.com,nmorin@tousley.com
- **Kim D Stephens**
  kstephens@tousley.com,mandrzejewski@tousley.com,efile@tousley.com,cbonifaci@tousley.com
- **Jessica Therese Stevenson**
  jstevenson@tousley.com,jstevenson@lawschool.gonzaga.edu

DATED:  May 4, 2015.

STOEL RIVES LLP

*/s/Christopher N. Weiss*
Christopher N. Weiss, WSBA#14826
*/s/J. Will Eidson*
J. Will Eidson, WSBA #45040
600 University Street, Suite 3600
Seattle, WA  98101
(206) 624-0900
Facsimile (206) 386-7500
chris.weiss@stoel.com
will.eidson@stoel.com

*Attorneys for Defendant*

NOTICE OF APPEARANCE - 3
(No. C15-00482-JLR)

78939707.1 0099865-10005